# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

### *Norfolk Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>)<br>) |
| v. | )<br>) |
| **LETITIA A. JAMES,** | )  Case No. 2:25-cr-122<br>) |
| **Defendant.** | )<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew Bosse of Baughman Kroup Bosse PLLC hereby appears as attorney of record for Letitia A. James in this matter and requests that copies of all papers in this action be served upon the undersigned.

Dated: Norfolk, Virginia
   October 16, 2025

BAUGHMAN KROUP BOSSE PLLC

By: /s/ Andrew Bosse

   Andrew Bosse
   VSB No. 98616
   500 E. Main St. – Suite 1400
   Norfolk, VA 23510
   (757) 916-5771
   abosse@bkbfirm.com

   *Attorneys for Letitia A. James*