## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.

LETITIA A. JAMES,

       Defendant.

Case No. 2:25-cr-122

## ORDER

Pursuant to the October 21, 2025 Order by the Honorable Albert Diaz, Chief Judge of the United States Court of Appeals for the Fourth Circuit (ECF No. 23-1), Defendant Letitia James's "Motion to Dismiss the Indictment and Enjoin the Prosecution" based on the appointment, qualification, or disqualification of the United States Attorney or the United States Attorney's Office (ECF No. 22) is **TRANSFERRED** to the Honorable Cameron McGowan Currie, Senior United States District Judge for District of South Carolina. Judge Currie shall set a briefing schedule on the motion and address consolidation of this matter with the similar motion filed in *United States v. Comey*, 1:25-cr-272.

The Clerk is **DIRECTED** to provide a copy of this Order to the Courtroom Deputy for Judge Currie.

**IT IS SO ORDERED.**

/s/

_____

Jamar K. Walker
United States District Judge

Norfolk, Virginia
October 24, 2025