## ORDER DESIGNATING DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT
## TO HEAR SPECIFIC MOTIONS

WHEREAS, matters are pending in the United States District Court for the Eastern District of Virginia in which parties have filed, or may file, motions seeking the disqualification of the United States Attorney or the United States Attorney's Office for that District;

WHEREAS, pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I may designate and assign a judge from another district within this Circuit for limited purposes in the interest of maintaining public confidence in the impartial administration of justice,

THEREFORE, I hereby designate and assign the Honorable Cameron McGowan Currie, Senior United States District Judge for the District of South Carolina, to sit in the Eastern District of Virginia for the limited purpose of hearing and determining pending and future motions concerning the appointment, qualification, or disqualification of the United States Attorney or the United States Attorney's Office in the case of <u>United States of America v. James B. Comey, Jr.</u>, Criminal Action No. 1:25-cr-00272-MSN-1, and in other cases involving similar challenges against the United States Attorney or United States Attorney's Office for the Eastern District of Virginia.

This designation extends only to such motions and any ancillary or related proceedings necessary to their resolution.

_____
Albert Diaz
Chief Judge
Fourth Circuit

Dated: October 21, 2025