**INITIAL APPEARANCE/ARRAIGNMENT:**

| | |
|---|---|
| Time set: 11:00 a.m. | Date: October 24, 2025 |
| Start Time: 11:00 a.m. | Presiding Judge: Jamar K. Walker |
| End Time: 11:36 a.m. | Courtroom Deputy: B. Peters |
| | Reporter: C. Naughton |
| Split Time ( ) | U.S. Attorney: R. Keller, L. Halligan, A. Cheney |
| Hearing Held: ( X ) Norfolk ( ) Newport News | Defense Counsel: A. Lowell, A. Bosse, D. Kolansky, I. Oishi |
| Case Number 2:25-cr-122 | ( X ) Retained ( ) Court appointed ( ) AFPD |
| Defendant Letitia A. James | Interpreter: |

**INITIAL APPEARANCE:**
(X) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

**COUNSEL:**

(X) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $_____ beginning _____ and each month thereafter until paid in full

**ARRAIGNMENT:**
( ) Defendant formally arraigned
(X) Defendant waived formal arraignment
( ) Defendant entered plea of guilty
(X) Defendant entered plea of not guilty
(X) Jury demanded
( ) Jury Waived
( ) Jury waiver executed and filed
( ) Preliminary motions deadline _____
( ) Response motions deadline _____
(X) TRIAL ( ) SRVH ( ) PVH ( ) Status Conference set on January 26, 2026, at 10:00 a.m.
@ (X) Norfolk ( ) Newport News ( ) Richmond

**DETENTION:**
( ) Detention Hearing ( ) Held ( ) Waived
( ) Government motion for detention:
( ) Granted ( ) Denied ( ) Motion to Withdraw
( ) Detention Ordered ( ) Remanded
(X) Bond set PR
( ) Special Conditions of Release
( ) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

**ORDERS:**
( ) Agreed Discovery/Protective Order Entered
(X) Oral admonition as required by DPPA given to the prosecutor; Order entered in open court.

**PRELIMINARY HEARING:**
( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

**SPEEDY TRIAL:**
(X) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived

**DISCOVERY/MOTIONS:**

Any motion to dismiss the Indictment based on the appointment, qualification, or disqualification of the United States Attorney or the United States Attorney's Office to be transferred to the Honorable Cameron McGowan Currie.

Govt directed to respond to Deft's "Motion to Enforce Rules Prohibiting the Government's Extrajudicial Disclosures and Statements" (ECF 21) by 10/28/25 at 5:00 p.m.; any reply due by 10/30/25 at 5:00 p.m.

Parties directed to meet & confer re the discovery schedule. If no agreement reached by 10/31/25, each party to submit a proposed discovery plan (10 pgs. max) by 11/3/25 at 5:00 p.m.

Any motion to dismiss based on a theory of vindictive and/or selective prosecution to be filed by 11/7/25; response due by 11/21/25; reply due by 11/28/25. All briefs due by 5:00 p.m. Hearing set for 12/5/25 at 11:00 a.m.

Any other pretrial motions due by 11/17/25; responses due by 12/1/25; replies due by 12/8/25. All briefs due by 5:00 p.m. Hearing set for 12/17/25 at 11:00 a.m.