**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**

*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No.  2:25-cr-122-JKW-DEM |
| | * | |
| LETITIA A.  JAMES, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| *    *    *    *    *    *    * | | |

## LETITIA A. JAMES' CONSENT MOTION TO RESET HEARING DATE

Attorney General Letitia A. James, by and through undersigned counsel, moves this Honorable Court for an order resetting the December 17, 2025, hearing date on any additional pretrial motions, for the reasons set forth below.

On October 24, 2025, the Court entered an Order setting this case for trial on January 26, 2026, and setting briefing and hearing dates for various pretrial motions. ECF No. 26. The hearing date for "any additional pretrial motions" other than a motion to dismiss the indictment based on a theory of vindictive and/or selective prosecution was set for December 17, 2025, at 11:00 a.m. *Id.* at 2.

To accommodate a conflict with the trial calendar of Attorney General James' counsel, the undersigned respectfully request that the December 17 hearing date be reset to a date the following week. Counsel conferred with the government on October 28, 2025, and the government has consented to this request. There is good cause to grant the request, as it will ensure the availability of counsel at the motion hearing, and no party will be prejudiced by the short delay requested.

Counsel understand that the government and the Court are available on December 22, 2025, at 3:00 p.m., and request that the December 17 motion hearing be continued to that date and time.

1

A proposed order is attached.

Dated: November 3, 2025

Respectfully submitted,


/s/ *Abbe David Lowell*                                    /s/ *Andrew Bosse*
Abbe David Lowell (*admitted pro hac vice*)        Andrew Bosse (VSB No. 98616)
David A. Kolansky (*admitted pro hac vice*)        BAUGHMAN KROUP BOSSE PLLC
Isabella M. Oishi (*admitted pro hac vice*)         500 E. Main Street, Suite 1400
John Patrick Bolen (*admitted pro hac vice*)       Norfolk, VA 23510
Schuyler Joyes Standley (*admitted pro hac vice*)  Tel: (757) 916-5771
LOWELL & ASSOCIATES, PLLC                           ABosse@bkbfirm.com
1250 H Street NW, Suite 250
Washington, DC 20005
Tel: 202-964-6110
Fax: 202-964-6116
ALowellpublicoutreach@lowellandassociates.com
DKolansky@lowellandassociates.com
IOishi@lowellandassociates.com
JBolen@lowellandassociates.com
SStandley@lowellandassociates.com

*Attorneys for Letitia A. James*