IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LETITIA A. JAMES<br><br>Defendant. | No. 2:25-CR-00122-JKW-DEM |

## **NOTICE OF COMPLIANCE WITH JUDICIAL ORDER**

The government files this notice of compliance with Court's Order. The Court had previously Ordered the government to provide, for *in camera* review, all documents relating to the indictment signer's participation in the grand jury proceedings, along with complete grand jury transcripts. [DTO 28]. In response, the government provided the transcript of the Grand Jury proceedings and electronic communications.

The Court subsequently requested the Grand Jury recording. In response, the government provides the recorded introduction, presentation, and conclusion.

Further, the government also presents a transcript that includes the introduction, the presentation, and the conclusion. The above items have now been provided to the Court in compliance with the Court's Order.

Respectfully submitted this 6th day of November 2025.

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: _____/s/_____
Roger A. Keller, Jr.
Missouri Bar #42541
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Phone: (757) 441-6331
Facsimile: (757) 441-6689
E-Mail: Roger.Keller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: /s/ Roger A. Keller, Jr.
Roger A. Keller, Jr.
Assistant United States Attorney