IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
NOV - 7 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No.: 2:25-CR-00122-JKW-DEM |
| ) | |
| LETITIA A. JAMES., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

**TO:** The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I, Justin P. Keating, Esq., appear in this case as Counsel of Record for *Amici*.

Respectfully submitted,

/s/ Justin P. Keating

Justin P. Keating (VA Bar 75880)
BEINS, AXELROD & KEATING, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
(703) 966-3193
jkeating@beinsaxelrod.com

*Counsel for Amici Curiae*
**BIPARTISAN FORMER FEDERAL
COURT JUDGES AND FORMER
UNITED STATES ATTORNEYS**

Dated: November 07, 2025