IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
NOV - 7 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No.: 2:25-CR-00122-JKW-DEM |
| | ) |
| LETITIA A. JAMES., | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF BIPARTISAN FORMER FEDERAL JUDGES AND FORMER UNITED STATES ATTORNEYS AS *AMICI CURIAE* IN SUPPORT OF DEFENDANT'S REQUEST FOR RELIEF**

*Amici*, a bipartisan group of former Federal court judges and former United States Attorneys (together, "*Amici*") seek leave to file the accompanying *amicus curiae* brief in support of Defendant in this action. In support of this motion, they state the following:

I.   **DISTRICT COURTS HAVE AUTHORITY TO ACCEPT AMICUS CURIAE BRIEFS**

This Court has "broad discretion in deciding whether to allow a non-party to participate as an amicus curiae." *Tafas v. Dudas*, 511 F. Supp. 2d 652, 659 (E.D. Va. 2007); *see Bayshore Ford Trucks Sales, Inc. v. Ford Motor Co. (In re Ford Motor Co.)*, 471 F.3d 1233, 1261 (11th Cir. 2006) ("district courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings.") Non-party participants may be allowed at the district courts where the *Amici* have a "special interest in the subject matter of the suit" and the content of the proposed brief are "timely and useful." *Id.* (internal citations omitted). The

*Amici* respectfully requests the Court to exercise its discretion to accept *Amici's* brief in support of Defendant's request for relief.

Both parties have consented to the appearance of the proposed *Amici* in this case.

## CONCLUSION

*Amici* respectfully requests that this Court grant this motion.

Respectfully submitted,

/s/

Justin P. Keating (VA Bar 75880)
Treyvon D. Jordan (VA Bar 101153)
BEINS, AXELROD & KEATING, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
(703) 966-3193
jkeating@beinsaxelrod.com
tjordan@beinsaxelrod.com


Howard M. Cooper*
Benjamin J. Wish*
Joseph M. Cacace*
Josh L. Launer*
TODD & WELD LLP
One Federal Street
Boston, MA 02110
(617) 624-2626
hcooper@toddweld.com
bwish@toddweld.com
jcacace@toddweld.com
jlauner@toddweld.com


*Counsel for Amici Curiae, Bipartisan Former Federal Judges and Former United States Attorneys*

Dated: November 07, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 07, 2025, the foregoing motion was filed with the Clerk of the Court, and all other parties will be served through counsel.

Respectfully submitted,

/s/

Justin P. Keating (VA Bar 75880)
Treyvon D. Jordan (VA Bar 101153)
BEINS, AXELROD & KEATING, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
(703) 966-3193
jkeating@beinsaxelrod.com
tjordan@beinsaxelrod.com


Howard M. Cooper*
Benjamin J. Wish*
Joseph M. Cacace*
Josh L. Launer*
TODD & WELD LLP
One Federal Street
Boston, MA 02110
(617) 624-2626
hcooper@toddweld.com
bwish@toddweld.com
jcacace@toddweld.com
jlauner@toddweld.com

*Pro Hac Vice Forthcoming

*Counsel for Amici Curiae, Bipartisan Former Federal Judges and Former United States Attorneys*