IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v.  ) <br> ) <br> LETITIA A. JAMES., ) <br> ) <br> Defendant.  ) <br> ) | Case No.: 2:25-CR-00122-JKW-DEM |

## ORDER

On consideration on the Motion for Leave to File Brief as *Amici Curiae*, and the court finding good cause to grant the motion, it is hereby ORDERED:

1. The Motion is GRANTED

2. The proposed brief submitted simultaneously with the Motion shall be filed in this action upon entry of this order

SO ORDERED this ___ day of _____, 2025

HONORABLE CAMERON MCGOWAN CURRIE

United States District Judge