UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LETITIA A. JAMES,<br><br>*Defendant.* | No. 2:25-CR-122 (JKW) |

## NOTICE OF APPEARANCE

**TO**: The Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I, Gregory P. Rosen, Esq., appear in this case as Counsel of Record for *Amici* of Former Senior Officials of the Department of Justice.

                        Respectfully Submitted,

                        GREGORY P. ROSEN (VA Bar # 82584)
                        ROGERS JOSEPH O'DONNELL PC
                        1500 K Street N.W., Suite 800
                        Washington, D.C. 20005
                        (202) 777-8952
                        grosen@rjo.com

Dated: November 13, 2025