AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| UNITED STATES | ) |
| Plaintiff | ) |
| v. | ) Case No. 2:25-cr-00122 (JKW) |
| LETITIA A. JAMES | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Project Democracy

Date:   11/12/2025

//s// Victor M. Glasberg
*Attorney's signature*

Victor M. Glasberg, #16184
*Printed name and bar number*

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

*Address*

vmg@robinhoodesq.com
*E-mail address*

(703) 684-1100
*Telephone number*

(703) 684-1104
*FAX number*