IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| LETITIA A. JAMES, ) | Case No.: 2:25-CR-00122-JKW |
| ) | |
| *Defendant.* ) | |
| ) | |
| ) | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF PROTECT DEMOCRACY PROJECT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS INDICTMENT BASED ON VINDICTIVE AND SELECTIVE PROSECUTION**

Upon consideration of the Motion for Leave to File *Amicus Curiae* Brief of Protect Democracy Project in Support of Defendant's Motion to Dismiss Indictment Based on Vindictive and Selective Prosecution, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**, and further

2. The proposed Brief of *Amicus Curiae* Protect Democracy Project is hereby deemed filed in the above-captioned action.

**SO ORDERED** this _____ day of _____, 2025.

_____
HON. JAMAR K. WALKER
United States District Court Judge