# Victor M. Glasberg &Associates ATTORNEYS

121 South Columbus Street  Alexandria VA 22314  telephone: (703) 684-1100  fax: (703) 684-1104
www.robinhoodesq.com

Victor M. Glasberg
vmg@robinhoodesq.com

Abigail S. Grand
agrand@robinhoodesq.com

*Of Counsel*
Stephen G. Cochran
Bruce A. Fredrickson

*Paralegals*
Cora C. Martin, R.N., B.S.N.
cmartin@robinhoodesq.com

Douglas Bradley
doug@robinhoodesq.com

*Office Manager*
Deborah L. Robinson
dlr@robinhoodesq.com

November 12, 2025

Via FedEx Overnight

Clerk
United States District Court
600 Granby Street
Norfolk, VA 23510

Re: *Amicus* submission in *U.S. v. James*, No. 2:25-cr-122-JKW

Dear Sir or Madam:

On behalf of my client the Protect Democracy Project, I remit herewith an *amicus* brief and related documents sought to be filed in the above-captioned case. They are unstapled and unbound as per directions from your office. Also enclosed are *pro hac vice* applications for two lawyers not yet admitted to this court, a check covering their application fees, and entries of appearances for the two of us who are already admitted.

Thank you for your assistance.

Sincerely,

Victor M. Glasberg

cc:  Kristy Parker, Esq.
     Rachel Goodman, Esq.
     Andrew C. Bosse, Esq.
     Lindsay Halligan, Esq.