

# U.S. District Court

**Virginia Eastern - Norfolk**

Receipt Date: Nov 14, 2025 8:53AM

Victor M. Glasberg & Associates
121 South Columbus Street
Alexandria , VA 22314

| Rcpt. No: 200008815 | | Trans. Date: Nov 14, 2025 8:53AM | | | Cashier ID: #AL (6659) |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 111 | Pro Hac Vice | DVAE126CRPROHAC /001<br>U S DISTRICT CLERK-ALEXANDRIA PROHAC | 1 | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DVAE126CRPROHAC /001<br>U S DISTRICT CLERK-ALEXANDRIA PROHAC | 1 | 75.00 | 75.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #23726 | 11/12/2025 | $150.00 |
| | | | Total Due Prior to Payment: | $150.00 |
| | | | Total Tendered: | $150.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 2:25cr122; USA v. James

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.