IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

    -vs-　　　　　　　　　　　　　　　　No. 2:25-cr-00122-JKW-DEM

LETITIA JAMES,
        Defendant.

## NOTICE OF APPEARANCE

Please take notice that Jonathan Shapiro, admitted to practice in the Eastern District of Virginia, hereby enters his appearance as counsel for *Lawyers Defending American Democracy*, amicus curiae.

Respectfully Submitted,

_____
Jonathan Shapiro
Virginia Bar # 13953
Room 441
Washington and Lee University Law School
Denny Circle
Lexington, Virginia   24550
(703) 217-7455
Shapiroj@wlu.edu

Certificate of Service

I hereby certify that on November 14, 2025, I electronically filed the foregoing document with the United States District Court for the Eastern District of Virginia, Norfolk Division, using the CM/ECF system, which will send notice of the filing to all counsel of record, and that I sent counsel for the United States the same document by email on the same date.

_____
Jonathan Shapiro