IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 2:25cr122-JKW-DEM

LETITIA A. JAMES

    Defendant.

### NOTICE OF APPEARANCE

**TO:** The Clerk of Court and all parties of record:

    I am admitted to practice in this Court, and I, Lawrence H. Woodward, Jr., appear in this case as Counsel of Record for Amici Curiae.

Respectfully submitted

/s/ L. Woodward, Jr.

Lawrence H. Woodward, Jr., Esquire
Virginia State Bar #21756
Ruloff, Haddad & Woodward, P.C.
317 30th Street
Virginia Beach, Virginia 23451
Telephone Number: (757) 671-6000
Facsimile Number: (757) 671-6004
Email address: lwoodward@srgslaw.com

*Counsel for Amici Curiae*
**UNITED STATES SENATE MINORITY LEADER CHARLES SCHUMER AND UNITED STATES HOUSE OF REPRESENTATIVES MINORITY LEADER HAKEEM JEFFRIES**