UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LETITIA A. JAMES,<br><br>Defendant. | Crim. No. 1:25-cr-00122<br><br>**[PROPOSED] ORDER** |

This matter having come before the Court upon the motion of amici curiae United States Senate Democratic Leader Charles Schumer and United States House of Representatives Democratic Leader Hakeem Jeffries, through their attorneys, for entry of an Order granting leave to file an amicus curiae brief in support of Defendant's request for relief;

IT IS on this ___ day of November, 2025, Ordered as follows:

1) Movants' motion is hereby GRANTED;

2) Movants' proposed amici curiae brief is deemed FILED.

SO ORDERED:

_____
Hon. Jamar K. Walker
U.S. District Court Judge