# RULOFF, HADDAD & WOODWARD, P.C.
ATTORNEYS AND COUNSELORS AT LAW

SHELLEY SWAIN BERRY  
ISABELLA I. HADDAD  
ROBERT J. HADDAD*

317 30TH STREET  
VIRGINIA BEACH, VA 23451

ANDREW M. HENDRICK  
ROBERT E. RULOFF  
LAWRENCE H. WOODWARD, JR.

*Also admitted in S.C.

Telephone: (757) 671-6000  
Website: www.srgslaw.com  
Facsimile: (757) 671-6004  
Direct Dial Number: 757.671.6009

OF COUNSEL  
EDWIN J. RAFAL

November 14, 2025

Ref: 32513-01

**VIA HAND DELIVERY**

The Honorable Jamar K. Walker  
United States District Court  
for the Eastern District of Virginia  
600 Granby Street  
Norfolk, VA 23510

RE: United States of America v. Letitia A. James  
Case No.: 2:25cr122

Dear Judge Walker:

Enclosed please find the following documents that I would ask that you file in the referenced matter:

Notice of Appearance;

Motion for Leave to File Amicus Curiae Brief by United States Senate Democratic Leader Charles Schumer and United States House Democratic Leader Hakeem Jeffries;

Brief of Amici Curiae United States Senate Democratic Leader Charles Schumer and United States House of Representatives Democratic Leader Hakeem Jeffries;

and

Proposed Order

Should you have any questions, please give me a call.

Respectfully Submitted,

Lawrence H. Woodward, Jr.

LHWjr:th  
Enclosures  
cc: Kevin Trowel, Esquire