IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>LETITIA A. JAMES,<br>    *Defendant.* | No. 2:25-CR-122-JKW-DEM |

## NOTICE OF APPEARANCE

Undersigned counsel hereby enters his appearance in this matter on behalf of *Amici Curiae* University Professors and Scholars.

Dated: November 14, 2025

Respectfully submitted,

Trey R. Kelleter, Esq.
VSB #41606
KelleterLaw PC
101 W. Main Street, Suite 100
Norfolk, Virginia 23510
(757) 500-7666
trey@kelleterlaw.com

*Counsel for Amici Curiae University Professors and Scholars*

## CERTIFICATE OF SERVICE

I certify that on this 14th day of November 2025, I hand filed the foregoing with the Clerk of Court. A true and correct copy will be served via electronic service on all counsel of record.

Dated: November 14, 2025

Trey R. Kelleter, Esq.
VSB #41606
KelleterLaw PC
101 W. Main Street, Suite 100
Norfolk, Virginia 23510
(757) 500-7666
trey@kelleterlaw.com

*Counsel for Amici Curiae
University Professors and Scholars*