**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

THE UNITED STATES OF AMERICA

v.

LETITIA A. JAMES,

*Defendant.*

No. 2:25-CR-122-JKW-DEM

**ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF**
**UNIVERSITY PROFESSORS AND SCHOLARS IN SUPPORT OF DEFENDANT'S**
**MOTION TO DISMISS INDICTMENT FOR VINDICTIVE AND SELECTIVE**
**PROSECUTION**

Upon consideration of the Motion for Leave to File *Amici Curiae* Brief of University

Professors and Scholars in Support of Defendant's Motion to Dismiss Indictment for Vindictive

and Selective Prosecution, it is hereby **ORDERED** as follows:

1.   The Motion is **GRANTED**, and further

2.   The proposed Brief of *Amici Curiae* University Professors and Scholars is hereby

     deemed filed in the above-captioned action.

**SO ORDERED** this _____ day of _____, 2025.

_____
HON. JAMAR K. WALKER
United States District Court Judge