# KELLETERLAW PC

101 W. MAIN STREET, SUITE 100, NORFOLK, VA 23510 • (757) 500-7666 • TREY@KELLETERLAW.COM

November 14, 2025

Fernando Galindo
Clerk of Court
U.S. District Court for the Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

    Re:    *United States v. Letitia A. James*
            2:25cr122-JKW-DEM
            *Amici Curiae* University Professors and Scholars
            **Motion for Leave to File *Amici Curiae* Brief**

Dear Mr. Galindo:

I am local counsel for a group of university professors and scholars who seek leave of court to file an *amicus curiae* brief in this matter in support of the defendant's motion to dismiss the indictment for vindictive and selective prosecution. Lead counsel for the *Amici Curiae* University Professors and Scholars are four attorneys from the States United Democracy Center, listed on the enclosed filings.

In support, I enclose the following for filing:

1. My Notice of Appearance
2. Motion for Leave to File *Amici Curiae* Brief
3. The *Amici Curiae* Brief
4. Proposed Order
5. Waiver of Oral Argument

I will file Pro Hac Vice applications for the four attorneys forthwith.

I can be reached at 757-409-2264 if you have any questions.

Very truly yours,

*[signature]*