# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * Case No. 2:25-cr-122-JKW-DEM |
| | * |
| LETITIA A. JAMES, | * |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \*

## **ORDER**

On the consented-to motion of the defendant, by counsel, for an order requesting an extension of time to file pretrial motions from November 17, 2025, to December 1, 2025, and for good cause shown,

It is hereby **ORDERED** that the defendant's motion is granted and the deadline for pretrial motions is extended to December 1, 2025.

November ____, 2025  
Norfolk, Virginia

_____  
Hon. Jamar K. Walker  
United States District Court Judge