AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-CR-00122-JKW-DEM |
| LETITIA A. JAMES | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici, Fifty-Eight Former State Attorneys General.

Date: 11/14/2025

/s/ Kevin E. Byrnes
*Attorney's signature*

Kevin E. Byrnes, VA Bar No. 47623
*Printed name and bar number*

Fluet
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
*Address*

kbyrnes@fluet.law
*E-mail address*

(703) 590-1234
*Telephone number*

(703) 590-0366
*FAX number*