# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LETITIA A. JAMES,<br><br>Defendant. | Case No.: 2:25-CR-00122-JKW-DEM |

**ORDER**

On consideration on the Motion for Leave to File Brief, and the Court finding good cause to grant the motion, it is hereby ORDERED:

1. The Motion is GRANTED

2. The proposed brief submitted simultaneously with the Motion shall be filed in this action upon entry of this Order.

SO ORDERED this ____ day of _____, 2025.

_____
The Honorable Cameron McGowan Currie
United States District Judge