IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

    -vs-　　　　　　　　　　　　　　　　　　　　　　　No. 2:25-cr-00122-JKW-DEM

LETITIA JAMES,
        Defendant.

## MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF LETITIA JAMES' MOTION TO DISMISS FOR VINDICTIVE PROSECUTION

Lawyers Defending American Democracy hereby seek leave to file the attached *amicus curiae* brief in support of Attorney General James' Motion To Dismiss For Vindictive Prosecution. Counsel for the defendant has consented to the filing of this brief. Counsel has reached out to counsel for the United States to seek consent but has not received a response.

Lawyers Defending American Democracy (LDAD) is a non-profit, nonpartisan organization devoted to encouraging the legal profession to enforce and uphold principles of democracy and law, consistent with our obligations as lawyers; demanding accountability from lawyers and public officials; and identifying attacks on legal norms and prescribing redress for them. LDAD members include academics and lawyers with decades of experience in the courts immersed in the study of the constitution.

A copy of the Amicus's brief is attached to this motion. The brief makes arguments about the initiation of the criminal case against Attorney General James framed broadly by the rule of law as understood by Amicus's membership based upon decades of experience in the justice system.

This Court has "broad discretion in deciding whether to allow a non-party to participate as an amicus curiae." *Tafas v. Dudas*, 511 F. Supp. 2d 562, 659 (E.D. Va. 2007); see *Bayshore Ford Trucks Sales, Inc. v Ford Motor Co. (In re Ford Motor Co.)*, 47 F.3d 1233, 1261 (11th Cir. 2006) ("District courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings."). Non-party participants may be allowed at the district courts where Amicus have a "special interest in the subject matter of the suit," and the content of the proposed brief are "timely and useful." *Id.* (internal citations omitted).

Amicus respectfully requests the Court to exercise its discretion to accept this brief.

Counsel is not aware of any Eastern District of Virginia Local Rule governing the filing of amicus briefs.

Respectfully Submitted,

LAWYERS DEFENDING AMERICAN DEMOCRACY, as Amicus

By: _____

Jonathan Shapiro
Virginia Bar # 13953
Room 441
Washington and Lee University Law School
Denny Circle
Lexington, Virginia   24550
(703) 217-7455
Shapiroj@wlu.edu
Counsel for Amicus

Certificate of Service

I hereby certify that on November 14, 2025, I electronically filed the foregoing document with the United States District Court for the Eastern District of Virginia, Norfolk Division, using the CM/ECF system, which will send notice of the filing to all counsel of record, and that I sent all counsel of record same document by email on the same date.

/s/
Jonathan Shapiro
Counsel for Amicus