IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.

LETITIA A. JAMES,

Defendant.

Case No. 2:25-cr-122

## ORDER

The Court has received several motions for leave to file amicus briefs in this case. ECF Nos. 73, 77, 81, 82. For good cause shown, the motions are **GRANTED**. The Clerk is **DIRECTED** to docket the proposed briefs associated with each motion.

**IT IS SO ORDERED.**

/s/
Jamar K. Walker
United States District Judge

Norfolk, Virginia
November 17, 2025