IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> LETITIA A. JAMES <br><br> Defendant. | No. 2:25-CR-00122-JKW-DEM |

**NOTICE OF RATIFICATION**

On November 13, 2025, U.S. District Court Judge Cameron M. Currie held a hearing on the defendant's Motion to Dismiss the Indictment and to Enjoin the Prosecution. D.E. 22. At the hearing, Judge Currie noted that U.S. Attorney General Pamela Bondi did not have all the grand jury materials at the time of her ratification. Accordingly, the government respectfully requests the Court take notice of the attached ratification dated November 17, 2025, by U.S. Attorney General Pamela Bondi (Exhibit 1).

Respectfully submitted this 17th day of November 2025.

                          Respectfully submitted,

                          Lindsey Halligan
                          United States Attorney

By:     /s/
        Roger A. Keller, Jr.
        Missouri Bar #42541
        Assistant United States Attorney
        United States Attorney's Office
        101 West Main Street, Suite 8000
        Norfolk, VA 23510
        Phone: (757) 441-6331
        Facsimile: (757) 441-6689
        E-Mail: Roger.Keller@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:   /s/ Roger A. Keller, Jr.
      Roger A. Keller, Jr.
      Assistant United States Attorney