# Exhibit C

**From:** SERG Borrower <cpm_inquiry_management@fanniemae.com>
**To:** "hamp.solutions@mrcooper.com" <hamp.solutions@mrcooper.com>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Second Attempt: RE: URGENT- Servicing Records Request - ▓▓▓▓ [ thread::MFTU9We6faGN4p6WPpV7bhI:: ]
**Date:** Wed, 23 Apr 2025 10:07:34 -0400

---

**This Email Originated From Outside of the Organization**
Do not click links or open attachments unless you recognize the sender and know the content is safe.

[ Report Suspicious ]

Good morning,

Can you please provide a status of this request?

Thank you,

Jeremy
Consumer and Servicer Resource Center (CSRC)
Case #: 02864485
Phone: 1-800-2FANNIE, ▓▓▓▓▓▓▓▓▓▓

--------------- Original Message ---------------
**From:** HAMP Solutions [hamp.solutions@mrcooper.com]
**Sent:** 4/17/2025, 5:44 PM
**To:** cpm_inquiry_management@fanniemae.com
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: URGENT- Servicing Records Request - ▓▓▓▓ [ thread::MFTU9We6faGN4p6WPpV7bhI:: ]

Hello Good afternoon,

Thank you for contacting Mr. Cooper Customer Relations. Your request has been assigned to a team member for research and response.
For any escalations, please contact:

1. Marschell hall (Manager): ███ .3011 - ███
2. Roddrey Gegory (Vice President): ███ 4963 – ███
3. Casey Chennankara (Vice President): ███ 6601 – ███
4. Brittnie Goodman (Manager): ███ 5352 - ███
5. Eric Lacy (Manager): ███ 6704 - ███

Expected date of resolution is 04-23-2025.

Thank you,
Mr. Cooper Customer Relations Team
HAMP.Solutions@mrcooper.com

------------------- Original Message -------------------
**From:** Tami <cpm_inquiry_management@fanniemae.com>;
**Received:** Thu Apr 17 2025 11:50:05 GMT-0500 (Central Daylight Time)
**To:** HAMP Solutions <hamp.solutions@mrcooper.com>; CR Hamp Solutions <hamp.solutions@mrcooper.com>;
**Subject:** URGENT- Servicing Records Request - ███ [ thread::MFTU9We6faGN4p6WPpV7bhI:: ]

Hello,

Fannie Mae is in receipt of a FHFA Criminal Referral involving the borrower for  for (███) and seek your assistance. Please respond with the following information to quickly resolve this issue by 4/23/25.

**Nature of Inquiry:** Servicing records request

Information Needed to Resolve Case:

- Please provide all servicing and payment records associated with this loan since origination, including all comments and payment details
- Please provide any details about the home insurance coverage as well

Our goal is to connect you, the servicer, with the borrower to address their concerns.

Feel free to reach out to me if additional clarification is needed on this case.

Thank you,

Jeremy Denney
Consumer and Servicer Resource Center (CSRC)
Case #: 02864485
Phone: 1-800-2FANNIE,



thread::MFTU9We6faGN4p6WPpV7bhI::
This e-mail communication and any attachments may contain confidential, copyrighted, and legally privileged information for use solely by the designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, or copying of this message or its contents is prohibited and may be subject to governing laws protecting its disclosure. If you have received this communication in error, please notify Mr. Cooper immediately by e-mail at postmaster@mrcooper.com and destroy all copies of this communication and any attachments.