# Exhibit C



# OFFICE OF INSPECTOR GENERAL

**Federal Housing Finance Agency**

400 7th Street SW, Washington, DC 20219

**DATE:** 4/18/2025

**TO:** FNMA, Melinda Connor, Director, Regulatory Affairs

**CASE NO.:** P-25-0108

**CASE CATEGORY:** Origination

**FROM:** SA Paul Conlon

**SUBJECT:** Demand for Document Production

To Whom It May Concern:

The Federal Housing Finance Agency Office of Inspector General (FHFA-OIG) is conducting an investigation pertaining to the subject referenced above. This letter constitutes a demand for materials relevant to this inquiry, under section 6(a)(1) of the Inspector General Act of 1978, 5 U.S.C. App. 3 § 6(a)(1), which authorizes FHFA-OIG to "access all records, reports, audits, reviews, documents, papers, recommendations, or other material available to" FHFA. Since FHFA's duties as Fannie Mae's/Freddie Mac's regulator and conservator require complete access to all materials which may bear upon Fannie Mae's/Freddie Mac's safety and soundness, FHFA-OIG's right to access these materials is equally comprehensive.

FHFA-OIG requires access at this time to any and all materials in Fannie Mae's/Freddie Mac's possession, custody, or control that relate to the following.

**Synopsis**

Loan file and status of loan for ▮ Peronne Ave, Norfolk, VA 23509

**Production**

Subject/Property 1: ▮ Peronne Ave, Norfolk, VA 23509

Subject/Property 2:

*If more than two subjects/properties, an Excel spreadsheet is attached.*

OI Doc Demand (April 2025)     **Save**     **Print**     **Reset Form**

CONFIDENTIAL TREATMENT REQUESTED

FM_EDVA_122_0000038
USAO-00081491

1. Provide any/all documents pertaining to:
   a. subject name, SSN, DOB
   b. company name, address
   c. address

2. Provide a working Excel spreadsheet that identifies the loan level details to include, but not limited to:
   a. Fannie Mae/Freddie Mac loan number
   b. Address
   c. Borrower information, i.e., name, SSN, DOB
   d. Current UPB
   e. Acquisition UPB
   f. Origination date
   g. Disposition date, if applicable
   h. Loan status, i.e., liquidated – default, Active Current, repurchase, etc.
   i. Current servicer
   j. Selling institution
   k. Any industry professional(s), i.e., broker, appraiser, title agent/company, if the information is captured in Fannie Mae/Freddie Mac system

3. Loss figures, if applicable.

4. Please identify any and all loan files that Fannie Mae/Freddie Mac has in its possession that may be requested at a later date after review of the spreadsheet. NOTE: the files do not need to be immediately produced at this time if it will delay the production of the spreadsheet.

The materials sought include any and all official records, copies of official records, memoranda, correspondence, correspondence logs, communications, electronic mail messages, telephone messages, telephone message logs, calendars, drafts, and any other data, documentation, and information, whether in paper form or stored on audiotape, videotape, floppy discs, or on computer, electronic, magnetic, or other media. If the material is stored electronically, please provide the material in the same electronic form in which it is stored. This demand applies to all such materials in Fannie Mae's/Freddie Mac's possession, custody or control, regardless of where they are currently stored. This demand includes all responsive documents and records maintained for Fannie Mae's/Freddie Mac's benefit by any agent.

FHFA-OIG will accept certified U.S. mail, UPS, FedEx or electronic delivery of all materials indicated above on or before  TBD                . If sent via mail, please mail to:

Agent Name: Paul Conlon                     Phone: ███-4752

Address:                                    Email: ██████████

Digital Signature of FHFA-OIG Agent/Analyst:

**PAUL CONLON**   Digitally signed by PAUL CONLON
Date: 2025.04.18 14:55:00 -04'00'