# Exhibit E

**Merchant, Grant**

| | |
|---|---|
| **From:** | Hoelscher, Michelle |
| **Sent:** | Friday, April 18, 2025 11:27 AM |
| **To:** | Merchant, Grant |
| **Subject:** | FW: [EXTERNAL] Social Media Post |
| **dummymailid:** | 00000000163B96CB531EDA4192EFC255CD3623D007000543E0A006674349A9B1970FC31F83C20002444E902500009A198E84615FA148B434CC8A68125A75000699E4BC860000 |

Please add this to case which shows the relationship

**Michelle Hoelscher**
Sr. Manager | Financial Crimes Investigations
Fannie Mae
▮▮▮▮▮ 6276 (direct)

This e-mail and its attachments are confidential and solely for the intended addressee(s). Do not share or use them without Fannie Mae's approval. If received in error, delete the message and contact the sender.

Help Prevent Fraud: If you are aware of or suspect inappropriate activity in connection with a Fannie Mae property, please immediately report it to our Mortgage Fraud Program by clicking here or call our Fraud Tips Hotline, 1-800-2FANNIE (1-800-232-6643).

**Fannie Mae Confidential**

**From:** Michelle Hoelscher ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, April 18, 2025 11:26 AM
**To:** Hoelscher, Michelle ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** [EXTERNAL] Social Media Post

CAUTION: External Email. Only click or open attachments if you trust the sender. Report suspicious emails using the Report Phish button. If the button doesn't work, forward them to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

1



Sent from my iPhone

2

USAO-00009609