# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No. 2:25-cr-122-JKW-DEM |
| LETITIA A. JAMES, | * |
| Defendant. | * |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS THE INDICTMENT FOR OUTRAGEOUS GOVERNMENT CONDUCT

**THIS MATTER** having been brought before this Court by Defendant Letitia A. James for an Order dismissing the indictment for outrageous government conduct in violation of the Fifth Amendment, pursuant to Federal Rule of Criminal Procedure 12(b), and the Court having reviewed and considered the submissions of the parties and finding good cause for the entry of the within Order;

**IT IS** on this ____ day of _____, 2025;

**ORDERED** that the Defendant's Motion be and hereby is GRANTED, and it is further;

**ORDERED** that the indictment be and hereby is dismissed with prejudice.

Date:  
Norfolk, Virginia

_____  
Hon. Jamar K. Walker  
United States District Court Judge