# Exhibit 1

**Select Fraud and Low-Dollar Theft or Fraud Cases Filed Primarily in the Norfolk Division of the Eastern District of Virginia (2021-2025)**

| Case Name | Case Number | Description |
|---|---|---|
| *Turner* | 2:21-cr-24 | Section 1701 (obstruction of mail); restitution $730 |
| *Talens* | 2:21-cr-39 | Section 1341 (mail fraud); restitution $31,817 |
| *Smith* | 2:21-cr-83 | Sections 1344, 1349 (conspiracy to commit credit union fraud); restitution $46,532. |
| *Aqel* | 2:22-cr-18 | Section 7206 (tax fraud); restitution $47,073 |
| *Hawkins* | 2:22-cr-35 | Section 1344 (mail fraud); restitution $34,650 |
| *Strickland* | 2:22-cr-30 | Section 201 (bribing a public official); fine $20,000 |
| *Preston* | 2:22-cr-94 | Section 1010 (mortgage fraud) |
| *Samuels* | 2:22-cr-95 | Section 1347 (healthcare fraud); restitution $29,453 |
| *Ward* | 2:22-cr-111 | Section 1341 (mail fraud); $27,668 in fraudulent unemployment benefits |
| *Jomni* | 2:23-cr-115 | Section 641 (theft of government property); restitution $20,898 |
| *Ristea* | 2:23-cr-142 | Section 1344 (bank fraud); restitution $643 |
| *Salgado* | 1:23-cr-154 | Section 1344 (bank fraud); restitution $183,135.61 (short sale mortgage fraud) |
| *Atkinson* | 2:24-cr-32 | Section 1341 (mail fraud); restitution $18,046 |
| *Shoulders* | 2:24-cr-41 | Section 472 (passing counterfeit federal reserve notes); restitution $505 |
| *Crowell* | 2:24-cr-113 | Section 641 (stolen goods); restitution $31,037 |
| *Copeland* | 2:24-cr-125 | Section 1343 (wire fraud); restitution $63,456 |
| *Clark* | 2:24-cr-131 | Sections 1341, 1349 (mail fraud and conspiracy); no actual loss amount |
| *Godfrey* | 2:24-cr-140 | Section 510(b) (receiving stolen money; charged with bank fraud); restitution $39,120 |
| *Mannon* | 4:24-cr-38 | Sections 1343 and 1014 (wire fraud and false statements to financial institution); restitution $247,744 |

GOVERNMENT EXHIBIT 1
2:25-CR-00122