Dominion Energy Virginia
P.O. Box 26666, Richmond, VA 23261-6666
DominionEnergy.com

**Overview**

PERONNE AVE

- Connection Details
- Outage Status
- Outage and Trouble Reporting
- Service Orders
- Unmetered
- Exceptions
- Central
- Service Notifications
- Disconnection Documents
- Tickets
- Sales POD

Street: **PERONNE AVE**
State: Virginia
Location Supplement
Town code: Norfolk
Building
Postal Code
Subdivision
House Supplement
County/Region: United States
Lot Number

**Highlights (1)**

Service connected for installation 400279431.

**Customer Overview (1)**

| Customer External ID | Name | Contract Account External ID | Contract ID | Sales Quote | Division | Move-In Date | Move-Out Date | Collective Contract Account | Customer Status | Process Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 09/01/2020 | Unlimited | | Active | |

Cancel Move-In   Cancel Move-Out   Insert Contract   Change Move-Out   Change Move-In

Refresh

GOVERNMENT EXHIBIT 10  2:25-CR-0122


Dominion Energy

