IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LETITIA A. JAMES<br><br>Defendant. | No. 2:25-CR-00122-JKW-DEM |

## GOVERNMENT'S MOTION TO SEAL EXHIBITS

COMES NOW the United States of America, by undersigned counsel, and moves this Honorable Court to seal Exhibits 2 - 11 which the Government filed in redacted form and attached to its Response to Defendant's Motion to Dismiss Indictment for Vindictive and Selective Prosecution. The Government's Exhibits include documents containing Defendant's personally identifying information. These Exhibits have been provided to the Clerk for filing. As such, in accordance with Local Rule 49(D), the United States submits there is good cause to file its Exhibits under seal and respectfully requests that the Court grants this motion.

    Lindsey Halligan
    United States Attorney

By       /s/
    Roger A. Keller, Jr.
    Missouri Bar #42541
    Assistant United States Attorney
    Attorney for the United States
    United States Attorney's Office
    101 West Main Street, Suite 8000
    Norfolk, Virginia 23510
    Office Number (757) 441-6331
    Facsimile Number (757) 441-6689
    E-Mail Address – Roger.Keller@usdoj.gov