IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LETITIA A. JAMES<br><br>Defendant. | No. 2:25-CR-00122-JKW-DEM |

ORDER

Upon Motion of the United States to seal Government's Exhibits 2-11 accompanying the Government's Response to Defendant's Motion to Dismiss for Vindictive and Selective Prosecution, the Court FINDS that there is good cause to file these Exhibits under seal because they contain the personally identifying information of the Defendant in this case.

ORDERED that in accordance with Local Rule 49(D), Exhibits 2-11 accompanying the Government's Response to Defendant's Motion to Dismiss for Vindictive and Selective Prosecution are hereby placed under seal.

_____
UNITED STATES DISTRICT JUDGE

_____
Date