IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LETITIA A. JAMES<br><br>Defendant. | No. 2:25-CR-00122-JKW-DEM |

# ORDER

On the consented-to motion of the United States of America, by counsel, for an order requesting an extension of time to file its Responses to Defendant's Motions for Disclosure of Certain Grand Jury Records and Memorandum in Support [ECF No. 108] and to Dismiss Indictment for Outrageous Government Conduct [ECF No. 109] from December 1, 2025, to December 4, 2025, and for good cause shown,

It is hereby **ORDERED** that the Motion of the United States of America is granted and the deadline to file Responses to Defendant's Motions for Disclosure of Certain Grand Jury Records and Memorandum in Support [ECF No. 108] and to Dismiss Indictment for Outrageous Government Conduct [ECF No. 109] is extended up to and including December 4, 2025.

November __, 2025
Norfolk, Virginia

_____
Hon. Jamar K. Walker
United States District Court Judge